1  Kevin J. Leichter, State Bar No. 154143
2  Alexander M. Kargher, State Bar No. 259262
   GLASER, WEIL, FINK, JACOBS,
3    HOWARD & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
4  Los Angeles, California 90067
   Telephone:  (310) 553-3000
5  Facsimile:  (310) 556-2920

   Attorneys for Plaintiff Dolores Press, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | DOLORES PRESS, INC., a California          )
   | corporation,                               )
12 |                                            )   Case No.  CV 09-04319 (VBF)
   |                                            )
13 |              Plaintiff,                     )   **CONSENT DECREE**
   |                                            )
14 |                                            )
15 |        v.                                   )
   |                                            )
16 |                                            )
17 | ROBERT EASLEY, an individual;              )
   | WILLIAM GORRY, an individual; and          )
18 | DOES 3 through 10, inclusive;              )
   |                                            )
19 |                                            )
   |              Defendants.                    )
20 |_____           )

21

22

23

24

25

26

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

708482

# PRELIMINARY STATEMENT

Prior to lodging this Consent Decree, Plaintiff Dolores Press, Inc. brought this lawsuit entitled *Dolores Press, Inc. v. Does 1-10* filed on or about June 16, 2010, Case No. 09-04319 VBF (VBKx) in the United States Court for the Central District of California against Robert Easley and William Gorry (jointly, the "Defendants"). The Complaint alleges claims for (i) Copyright Infringement; (ii) Contributory Copyright Infringement; (iii) Interference with Prospective Economic Advantage; and (iv) Conspiracy to Commit Interference with Prospective Economic Advantage. Gorry has answered the Complaint herein, and Easley has defaulted. Does 3 through 10 have been dismissed pursuant to Rule 41(a) concurrently with the submission of this Consent Decree.

# JURISDICTION AND VENUE

The District Court has jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331, 1338, 1367. Venue lies in this District pursuant to 28 U.S.C. § 1391(b). For the purposes of this Consent Decree, Defendants agree that the Complaint states claims upon which relief may be granted pursuant to the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.*, and California common law. Defendants submit to the jurisdiction of this Court for all purposes related to this Consent Decree.

# APPLICABILITY

The obligations of the Consent Decree apply to and are binding upon Defendants and their respective agents, servants, employees, officers, attorneys, predecessors, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, and all other entities or persons otherwise bound by law.

Defendants shall provide a copy of this Consent Decree to their respective agents, servants, employees, officers, attorneys, predecessors, successors, licensees,

1  partners, and assigns, and all persons acting in concert or participation with each or
2  any of them.  Defendants shall direct such persons that they are bound by the terms of
3  this Decree.

4      In any proceeding to enforce this Decree, Defendants shall not raise as a
5  defense the failure by any of their agents, servants, employees, officers, attorneys,
6  predecessors, successors, licensees, partners, and assigns, and all persons acting in
7  concert or participation with each or any of them, to take any actions necessary to
8  comply with the provisions of this Decree.

9

10  **DEFINITIONS**

11      Whenever the terms set forth below are used in this Decree, the following
12  definitions shall apply:

13      1.  "Action" shall mean the lawsuit entitled *Dolores Press, Inc. v. Does 1-10*
14          filed on or about June 16, 2010, Case No. 09-04319 VBF (VBKx);

15      2.  "Complaint" shall mean the operative complaint filed by Dolores Press
16          in this action;

17      3.  "Consent Decree" or "Decree" shall mean this Decree;

18      4.  "Defendants" shall mean Robert Easley and William Gorry;

19      5.  "District Court" or "Court" shall mean the United States District Court
20          for the Central District of California;

21      6.  "Dolores Press" shall mean Dolores Press, Inc.; and

22      7.  "Works" shall mean the audiovisual lectures, bible study and sermons
23          featuring the late Eugene Scott, Ph.D.

24      8.  "Infringement" and "Infringing" shall mean copying, distributing,
25          performing, displaying, advertising, or promoting the Works, or in any
26          way taking any action in violation of the common law or statutory rights
27          of any owner or exclusive licensee of the Works.

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1

## INJUNCTION

2   It is hereby ORDERED, ADJUDGED and DECREED:

3   1.      The Works are owned by Pastor Melissa Scott and Dolores Press is the

4   exclusive licensee, and Defendants have no rights in or to the Works.

5   2.      Defendants, their agents, servants, employees, officers, attorneys,

6   predecessors, successors, licensees, partners, and assigns, and all persons acting

7   in concert or participation with each or any of them are hereby permanently

8   restrained and enjoined from the following:

9          a.      Infringing the Works in any manner;

10         b.      Causing, contributing to, enabling, facilitating or participating in

11                 the Infringement of the Works by any person or entity.

12   Such injunction shall continue in effect until the expiration of the copyright in

13   the Works.

14   3.      Defendants shall permanently destroy all copies (including all electronic

15   copies) of the Works in Defendants' possession, custody or control and shall

16   certify such destruction, in writing, to Defendants and the Court, within twenty

17   business days of the date of entry hereof.

18   4.      Notwithstanding the foregoing, this Decree (a) shall not prohibit

19   Defendants from possessing and privately viewing audiovisual recordings of

20   Dr. Gene Scott on authorized DVD's or VHS tapes legally purchased by them,

21   if any or (b) in the case of Defendant Gorry, shall not apply to the tape of his

22   baptism by Dr. Gene Scott.

23

24

## RESERVATION OF RIGHTS/SCOPE

25   This Consent Decree resolves the civil claims of Dolores Press for the

26   violations alleged in the Complaint filed in this Action through the date of lodging.

27

28

1    Reservation of Rights

2      Dolores Press reserves all legal and equitable remedies available to enforce the

3 provisions of this Decree, and the Court retains jurisdiction over the Action and the

4 Defendants.

5      In the event that a Defendant is found to have violated this Consent Decree,

6 Dolores Press shall have the right to seek damages or other monetary relief from such

7 Defendant under federal and/or state laws for the harm complained of in the Action.

8 Dolores Press may do so in this Court or in a separate action filed in another court of

9 competent jurisdiction.  In any such judicial action or proceeding, Defendants shall

10 not assert, and may not maintain, any defense or claim based upon the principles of

11 waiver, res judicata, collateral estoppel, issue preclusion, claim preclusion, claim-

12 splitting, or other defenses based upon this Consent Decree.

13    Limitations on Effect of Decree

14      This Consent Decree does not limit or affect the rights of Defendants or

15 Dolores Press against any third party not a party to this Consent Decree.

16      This Consent Decree shall not be construed to create rights in, or grant any

17 cause of action to, any third party not a party to this Consent Decree.

18

19

20

21

22

23

24

25

26

27

28

1

**COSTS**

2       The Parties shall bear their own costs of this Action, including attorneys' fees,

3  except that Dolores Press shall be entitled to collect the costs (including reasonable

4  attorneys' fees) incurred in any action necessary to enforce this Decree.

5

6

**NOTICES**

7       Unless otherwise specified herein, whenever notifications, submissions, or

8  communications are required by this Consent Decree, they shall be made in writing

9  and addressed as follows:

10

11      To Dolores Press:                          Glaser, Weil, Fink, Jacobs,
                                                     Howard & Shapiro, LLP
12                                                   10250 Constellation Boulevard,
                                                     19th Floor
13                                                   Los Angeles, California 90067
                                                     kleichter@glaserweil.com
14

15      To Robert Easley:                          6802 Trail Lake Dr., Apt. B¶
                                                     Fort Worth, Texas¶76133
16                                                   bigwilly456@gmail.com

17

18      To William Gorry:                          SquiresLaw PLLC
                                                     1850 M Street NW Suite 280
19                                                   Washington , DC 20036
                                                     jsquires@squireslawusa.com
20

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1       Any Party may, by written notice to the other Parties and the Court, change its

2 designated notice recipient or notice address provided above.

3       Notices submitted pursuant to this Section shall be deemed submitted upon

4 mailing, unless otherwise provided in the Consent Decree or by mutual agreement of

5 the Parties in writing.

6

7                             **SIGNATORIES AND SERVICE**

8       This Consent Decree may be signed in counterparts, and its validity shall not be

9 challenged on that basis.

10       The Parties agree to accept service of process by mail with respect to all

11 matters arising under or relating to this Consent Decree and Defendants agree to

12 waive the formal service requirements set forth in Rules 4 and 5 of the Federal Rules

13 of Civil Procedure and any applicable Local Rules of this Court, including, but not

14 limited to, service of a summons.

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

708482

CONSENT DECREE

LAW OFFICES
Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP
10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067
(310) 553-3000

# FINAL JUDGMENT

Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment of the Court in this Action.

Dated and entered this 7 day of JUNE _____, 2010.

**WE HEREBY CONSENT** to the entry of the Consent Decree in the Action.

_____

DOLORES PRESS

_____

ROBERT EASLEY

_____

WILLIAM GORRY

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

# FINAL JUDGMENT

Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment of the Court in this Action.

Dated and entered this __/__ day of ___June___, 2010.

WE HEREBY CONSENT to the entry of the Consent Decree in the Action.

_____

DOLORES PRESS

_____

ROBERT EASLEY

_____

WILLIAM GORRY

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

**FINAL JUDGMENT**

Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment of the Court in this Action.

Dated and entered this 10th day of June, 2010.

**WE HEREBY CONSENT** to the entry of the Consent Decree in the Action.

_____

DOLORES PRESS

_____

ROBERT EASLEY

_____

WILLIAM GORRY

IT IS SO ORDERED:

6-17-10          _____

UNITED STATES DISTRICT JUDGE

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

1   APPROVED BY:

2   Dated:  6/11/10

3                    Kevin J. Leichter,
                       Alexander M. Kargher

4                    GLASER, WEIL, FINK, JACOBS,
                       HOWARD & SHAPIRO, LLP

5

6                    By: _____

7                       Kevin J. Leichter
                       Attorneys for Plaintiff Dolores Press, Inc.

8

9   Dated:  6/11/10        SquiresLaw PLLC

10

11                  By: Jeffrey L. Squires /AK

12                      Jeffrey L. Squires
                       Attorney for Defendant William Gorry.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000

708482

9

CONSENT DECREE